UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | | |
|---|---|---|
| MICHAEL DAVID SMITH, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | CIVIL ACTION NO.: |
| vs. | ) | |
| | ) | _____ |
| GEORGIA DEPARTMENT OF | ) | |
| HUMAN SERVICES, JOHN OR JANE | ) | |
| DOES 1-5 AND ENTITIES, | ) | |
| | ) | |
| Defendants. | ) | |

## NOTICE OF REMOVAL

COME NOW Defendants, by and through the undersigned counsel, and, pursuant to 28 U.S.C. §§ 1441 and 1446, file this Notice of Removal for the above-styled case. Defendants file this notice subject to and without waiving any defenses available under state or federal law, including any service defenses. Defendants respectfully show the following:

1.

Plaintiff has brought a lawsuit against Defendants in the Superior Court of Fulton County, Georgia, said action being designated as: *MICHAEL DAVID SMITH, Plaintiff v. GEORGIA DEPARTMENT OF HUMAN SERVICES, JOHN OR JANE DOES 1-5 AND ENTITIES, Defendants; Civil Action File No. 2018CV309801.*

2.

The case at bar was filed in the Superior Court of Fulton County on August 30, 2018. Defendant Georgia Department of Human Services ("DHS") was purportedly served with

process on September 21, 2018, although Defendants dispute that such service was proper.  None of the other Defendants have been served with process in this case.

3.

Defendants are filing this removal within 30 days of DHS allegedly being served with Plaintiff's Complaint.  All Defendants join in this removal.

4.

In this lawsuit, Plaintiff is bringing Section 1983 claims against Defendants, alleging that they violated his constitutional rights and were acting under color of state law.

5.

Defendants voluntarily submit to said removal; however, this removal is subject to, and specifically without waiving, any defenses available to Defendants under state or federal law, including but not limited to any service, jurisdictional, and immunity defenses, including sovereign immunity and Eleventh Amendment immunity (other than immunity as to the forum).

6.

Copies of the pleadings filed in the Superior Court action are attached as Exhibit A. Exhibit B is a copy of the Notice of Removal that will be filed in the Superior Court.  Exhibit C is a copy of the Answer filed by Defendants in the Superior Court. These exhibits constitute all process, pleadings, and orders that have been received or filed by Plaintiff and Defendants in the Superior Court action to date, as is required under 28 U.S.C. § 1446(a).

7.

The United States District Court has original jurisdiction of the above-styled action pursuant to 28 U.S.C. § 1331, which states that "[t]he district courts shall have original

2

jurisdiction of all civil actions arising under the . . . laws . . . of the United States." This action may therefore be removed to this Court pursuant to 28 U.S.C. § 1441(a).

WHEREFORE, Defendants move that this Notice of Removal be filed and that said action be removed to and proceed in the United States District Court for the Northern District of Georgia, Atlanta Division, so that no further proceedings may be had in said case in the Superior Court of Fulton County, Georgia.

Respectfully submitted, this 22nd day of October, 2018.

|  |  |
|---|---|
| CHRISTOPHER M. CARR<br>Attorney General | 112505 |
| KATHLEEN M. PACIOUS<br>Deputy Attorney General | 558555 |
| LORETTA L. PINKSTON-POPE<br>Senior Assistant Attorney General | 580385 |
| ROGER CHALMERS<br>Senior Assistant Attorney General | 118720 |
| */s/ Ellen Cusimano*<br>ELLEN CUSIMANO<br>Assistant Attorney General | 844964 |

PLEASE ADDRESS ALL
COMMUNICATIONS TO:
ELLEN CUSIMANO
Assistant Attorney General
40 Capitol Square, SW
Atlanta, Georgia 30334-1300
Telephone: (404) 657-4355
ecusimano@law.ga.gov

3

## CERTIFICATE OF SERVICE

I hereby certify that I have this, the 22nd day of October, 2018, served the foregoing

**NOTICE OF REMOVAL** by United States Postal Service, first-class, postage prepaid, a paper

copy of the same document to the following:

Marsha W. Mignott
THE MIGNOTT LAW GROUP, LLC
4945 Presidents Way
Tucker, Georgia 30084

This 22nd day of October, 2018.

*/s/ Ellen Cusimano*
Ellen Cusimano